IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EDWARD A. EVANS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| vs. | * | No. 4:06cv001639 SWW |
| | * | |
| | * | |
| | * | |
| | * | |
| STATE OF WISCONSIN, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed; the relief sought is denied.

IT IS SO ORDERED this 7th day of December 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE